UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

    Llunaisy Acanda          Case No. 18-24057-RAM

        Debtor(s).            Chapter 13
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Summary of Schedules Schedule F and Declaration of schedules was sent to all parties on the attached service list on September 3, 2019.

Electronically: Nancy K. Neidich, Trustee

First Class Mail:

Debtor(s), Llunaisy Acanda
19600 NW 41st Avenue
Miami Gardens, FL 33055-1862

All Creditors on the Matrix

                Respectfully Submitted:

                **ROBERT SANCHEZ, P.A.**
                Attorney for Debtor
                355 West 49th Street
                Hialeah, FL 33012
                Tel. 305-687-8008

                By:*/s/ Robert Sanchez*
                Robert Sanchez, Esq., FBN#0442161