| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 18-24057-RAM<br>Southern District of Florida<br>Miami<br>Tue Sep  3 15:58:14 EDT 2019 | Synchrony Bank<br>PRA Receivables Management, LLC<br>c/o Valerie Smith<br>PO Box 41021<br>Norfolk, VA 23541-1021 | The Money Source Inc.<br>c/o Frederic DiSpigna<br>100 West Cypress Creek Rd #1045<br>Fort Lauderdale, FL 33309-2191 |
| Account Resolution Services<br>Attn: Bankruptcy<br>Po Box 459079<br>Sunrise, FL 33345-9079 | (p)BB AND T<br>PO BOX 1847<br>WILSON NC 27894-1847 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Bank of America<br>P.O. BOX 851001<br>Dallas, TX 75285-1001 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | Bank of America, N.A.<br>c/o Cooling & Winter, LLC<br>7901 SW 6th Court<br>Suite 310<br>Plantation, FL 33324-3283 |
| Bankunited, Ntl Assoc<br>7765 Nw 148th St<br>Miami Lakes, FL 33016 | Bureaus Investment Group Portfolio No 15 LLC<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | CAN Capital, Inc.<br>2015 Vaugnn RD<br>Bldg 500<br>Kennesaw, GA 30144-7831 |
| Can Capital Asset Servicing, Inc.<br>c/o Mateer & Harbert, P.A.<br>225 E Robinson Street, Suite 600<br>PO Box 2854<br>Orlando, FL 32802-2854 | Can Capital, Inc.<br>414 West 14th Street<br>3rd Floor<br>New York, NY 10014-1013 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Auto Finance<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Castle Credit Corp<br>Attn: Bankruptcy<br>8430 W Bryn Mawr Ave , Ste 750<br>Chicago, IL 60631-3475 | Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |
| Chase Card Services<br>Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Citibank/Best Buy<br>Attn: Bankruptcy<br>Po Box 790441<br>St. Louis, MO 63179-0441 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA  98083-0657 |
| Dillards Card Srvs/Wells Fargo Bank Na<br>Po Box 10347<br>Des Moines, IA 50306-0347 | Edgeucation Loans<br>2917 Highwoods Blvd<br>Raleigh, NC 27604-1004 | (p)GATEWAY ONE LENDING & FINANCE  LLC<br>175 N RIVERVIEW DRIVE<br>ANAHEIM CA 92808-1225 |
| Greensky, LLC<br>1797 N.E. Expressway, Suite 100<br>Atlanta, GA 30329-2451 | Internal Revenue Service<br>P.O. BOX 7346<br>Philadelphia, PA 19101-7346 | Intl Rescue<br>122 East 42nd St<br>New York, NY 10168-1201 |
| Jn Portfolio Debt Equities, LLC<br>Attn: Bankruptcy<br>5757 Phantom Dr. Ste 225<br>Hazelwood, MO 63042-2429 | Jonmichael Zayas<br>Gregory S. Stark, Esq.<br>Todd Miner Law<br>915 Outer Rd<br>Orlando, FL 32814-6433 | Kohls/Capital One<br>Kohls Credit<br>Po Box 3120<br>Milwaukee, WI 53201-3120 |

| | | |
|---|---|---|
| Loancare Servicing Ctr<br>3637 Sentara Way<br>Virginia Beach, VA 23452-4262 | MOHELA/Debt of Ed<br>Attn: Bankruptcy<br>633 Spirit Dr<br>Chesterfield, MO 63005-1243 | MRS Associates<br>1930 Olney Ave<br>Cherry Hill, NJ 08003-2016 |
| Macy's<br>P.O. BOX 8218<br>Mason, OH 45040-8218 | Mercantile Adjustment Bureau<br>165 Lawrence Bell Drive<br>Suite 100<br>Buffalo, NY 14221-7900 | Midland Funding<br>2365 Northside Dr Ste 300<br>San Diego, CA 92108-2709 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | PARAGON CONTRACTING SERVICES<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | Paragon Contracting Service Inc.<br>POB 740022<br>Cincinnati, OH 45274-0022 |
| Portfolio Recovery<br>Po Box 41021<br>Norfolk, VA 23541-1021 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>JH Portfolio Debt Equities LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Radiology Associates/Collection Informat<br>Attn: Bankruptcy<br>202 North Federal Highway<br>Lake Worth, FL 33460-3438 | SYNCHRONY BANK<br>c/o Weinstein & Riley, PS<br>2001 Western Ave., Ste 400<br>Seattle, WA 98121-3132 | Space Coast Credit Union<br>Attn: Bankruptcy<br>8045 North Wickham Road<br>Melbourne, FL 32940-7920 |
| Suntrust Bank/GreenSky<br>Attn: Bankruptcy<br>Po Box 29429<br>Atlanta, GA 30359-0429 | Syncb/Lowe's<br>POB 956005<br>Orlando, FL 32896-6005 | Syncb/hhgreg<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank<br>P.O. Box 965036<br>Orlando, FL 32896-5036 | Synchrony Bank/Care Credit<br>Attn: Bankruptcy Dept<br>Po Box 965061<br>Orlando, FL 32896-5061 | Synchrony Bank/Lowes<br>Attn: Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| T Mobile/T-Mobile USA Inc<br>by American InfoSource as agent<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Target<br>Target Card Services<br>Mail Stop NCB-0461<br>Minneapolis, MN 55440 | Team Health, Inc.<br>1643 NW 136th Avenue<br>Building H<br>Sunrise, FL 33323-2857 |
| The Bureaus Inc<br>Attn: Bankruptcy<br>650 Dundee Rd, Ste 370<br>Northbrook, IL 60062-2757 | The Money Source<br>PO Box 650094<br>Dallas, TX 75265-0094 | The Money Source Inc.<br>500 South Broad St., Suite 100A<br>Meriden, CT 06450-6755 |
| (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | Toyota Motor Credit Corporation<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | UNITED STATES DEPARTMENT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON, WI 53708-8973 |

| | | |
|---|---|---|
| US Dept of Education<br>Attn: Bankruptcy<br>Po Box 16448<br>Saint Paul, MN 55116-0448 | US Deptartment of Education/Great Lakes<br>Attn: Bankruptcy<br>Po Box 7860<br>Madison, WI 53707-7860 | Visa Dept Store National Bank/Macy's<br>Attn: Bankruptcy<br>Po Box 8053<br>Mason, OH 45040-8053 |
| World Omni Financial Corp<br>Attn: Bankruptcy<br>Po Box 991817<br>Mobile, AL 36691-8817 | (p)WYNDHAM CONSUMER FINANCE INC<br>P O BOX 97474<br>LAS VEGAS NV 89195-0001 | Llunaisy Acanda<br>19600 NW 41st Avenue<br>Miami Gardens, FL 33055-1862 |
| Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027-9806 | Robert Sanchez Esq<br>355 W 49 St.<br>Hialeah, FL 33012-3715 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BB&T<br>Attn: Bankruptcy<br>Po Box 1847<br>Wilson, NC 27894 | Bank Of America<br>Attn: Bankruptcy<br>Po Box 982238<br>El Paso, TX 79998 | Gateway One Lending & Finance<br>Attn: Bankruptcy<br>160 North Riverview Dr. Ste 100<br>Anaheim, CA 92808 |
| Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Toyota Financial Services<br>Attn: Bankruptcy<br>Po Box 8026<br>Cedar Rapids, IA 52409 | Wyndham Vacation Ownership<br>Attn: Bankruptcy<br>Po Box 98940<br>Las Vegas, NV 89193 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

End of Label Matrix
Mailable recipients    67
Bypassed recipients     1
Total                  68