IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN RE:
LLUNAISY ACANDA,
Debtor(s).

CASE NO. 18-24057-RAM
CHAPTER 13

**NOTICE OF TEMPORARY FORBEARANCE**

| | |
|---|---|
| Bankruptcy Court Claim #: | 16-1 |
| Effective Date of Forbearance: | 08/01/2020 |
| Number of monthly payments in Forbearance: | 3 |

THE MONEY SOURCE INC. ("SERVICER") hereby provides notice that due to a recent financial hardship resulting directly or indirectly from the COVID-19 pandemic, the Debtor has requested, and SERVICER has provided a temporary suspension of mortgage payments. This short-term relief would be consistent with the COVID-19 relief available under the Coronavirus Aid, Relief, and Economic Security (CARES) Act.

During this short-term relief, all terms and provisions of the mortgage note and security instrument, other than the payment obligations, will remain in full force and effect unless otherwise adjusted by this court or through a loan modification.

During the forbearance period and up to and including the time when that period ends, SERVICER will work with the Debtor, the Debtor's attorney (if applicable) and the bankruptcy trustee on how to address the suspended payments in the long-term, including obtaining any necessary court consent and approval.

This Notice does not constitute an amendment or modification to the Debtor's plan of reorganization and does not relieve the Debtor of the responsibility to amend or modify the plan of reorganization to reflect the forbearance arrangement, if required.

To the extent that this Forbearance is modified, reduced or extended, the SERVICER will file an additional Notice with the Court.

*/s/ Mukta Suri*
Mukta Suri
14841 Dallas Parkway
Suite 425
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: POCInquiries@BonialPC.com
Authorized Agent for The Money Source Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before August 27, 2020 via electronic notice unless otherwise stated:

**Debtor**           *Via U.S. Mail*
Llunaisy Acanda
19600 NW 41st Avenue
Miami Gardens, FL 33055-1862


**Debtors' Attorney**
Robert Sanchez, Esq
Attorney at Law
355 W 49 St.
Hialeah, FL  33012

**Chapter 13 Trustee**
Nancy K. Neidich
PO Box 279806
Miramar, Florida 33027


**US Trustee**
Office of the U.S.Trustee
51 S.W. First Avenue, Ste. 1204
Miami, Florida  33130

                                                        Respectfully Submitted,

                                                        /s/ Mukta Suri
                                                        Mukta Suri